UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE CITY DIVISION

XAVIER RIGSBY,

    Plaintiff,

v.                                         Case No.  4:20-cv-537-MW/MJF

AIDSON and TAYLOR CORRECTIONAL
INSTITUTION,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

This prisoner civil rights case, filed under 42 U.S.C. § 1983, is before the court on referral from the clerk of the court.[1] On December 7, 2020, the undersigned denied Plaintiff second motion for leave to proceed *in forma pauperis* because he failed to provide: (1) an inmate trust-account statement that covered the six-month period prior to filing the complaint; and (2) the prisoner consent form and financial certificate signed by a prison official. (Doc. 7). The undersigned ordered Plaintiff to pay the filing fee or submit a complete application to proceed *in forma pauperis*. (*Id.*). The undersigned warned Plaintiff that failure to comply with that order likely

---

[1] The District Court referred this case to the undersigned to address preliminary matters and to make recommendations regarding dispositive matters. *See* N.D. Fla. Loc. R. 72.2(C); *see also* 28 U.S.C. § 636(b)(1)(B), (C); Fed. R. Civ. P. 72(b).

would result in dismissal of this case. (*Id*. at 2). Plaintiff has not complied with the order and has not responded to the January 12, 2021, show cause order that the undersigned issued. (Doc. 9).

Based on the foregoing, the undersigned respectfully **RECOMMENDS** that:

1.   This case be **DISMISSED** without prejudice for Plaintiff's failure to pay the filing fee/properly move for leave to proceed *in forma pauperis*, failure to comply with orders of this court,[2] and failure to prosecute.

2.   The clerk of court be directed to close this case file.

At Panama City, Florida, this 17th day of February, 2021.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days of the date of the Report and Recommendation. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control. An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and**

---

[2] "Federal courts possess an inherent power to dismiss a complaint for failure to comply with a court order." *Foudy v. Indian River Cnty. Sheriff's Office*, 845 F.3d 1117, 1126 (11th Cir. 2017) (citations omitted); N.D. Fla. Loc. R. 41.1 (authorizing the court to dismiss an action, or any claim within it, "[i]f a party fails to comply with an applicable rule or a court order").

**recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **11th Cir. R. 3-1; 28 U.S.C. § 636.**