IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**XAVIER RIGSBY,**

    *Plaintiff*,

v.                                  Case No.: 4:20cv537-MW/MJF

**AIDSON and TAYLOR
CORRECTIONAL INSTITUTION,**

    *Defendants*.

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 10. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED** for failure to comply with court orders and for want of prosecution." The Clerk shall

close the file.

**SO ORDERED on March 15, 2021.**

<u>s/Mark E. Walker</u><br>
**Chief United States District Judge**